UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IRA PAUL DOMINGO,

        Plaintiff,        CIV. S-01-2014-PAN P

    v.

KELLY FARNEY,        ORDER

        Defendant.

—oOo—

    Jury trial in this case is rescheduled to begin at 9:00 a.m., Tuesday, September 13, 2005, in Courtroom 25. Trial is expected to be completed within three days.

    Dated: April 25, 2005.

                      /s/ Peter A. Nowinski
                      PETER A. NOWINSKI
                      Magistrate Judge